UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  CASE NO.    04-14661-CAG

DENNIS G KOENNING

MARY F KOENNING

DEBTORS  CHAPTER 13

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on September 8, 2004. The Court confirmed the Debtors' plan on April 26, 2005.

2. GREENTREE SERVICING LLC, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $263.34, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursment Check** |
|---|---|
| Greentree Servicing Llc<br>345 St Peters St Ste 800<br>St Paul, MN  55102 | $263.34 |

Respectfully submitted,

Deborah B. Langehennig
_____
Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305
Fax: (512) 916-9234

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                             CASE NO.     04-14661-CAG

    DENNIS G KOENNING

    MARY F KOENNING

    DEBTORS                              CHAPTER 13

## CERTIFICATE OF SERVICE

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds has been mailed by US Mail to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below on June 24, 2009.

| | | |
|---|---|---|
| MICHAEL BAUMER | GREENTREE SERVICING LLC | DENNIS G KOENNING |
| 7600 BURNET ROAD SUITE 530 | 345 ST PETERS ST STE 800 | MARY F KOENNING |
| AUSTIN, TX  78757 | ST PAUL, MN  55102 | 3901 MOUNTAIN VIEW DRIVE |
| | | KINGSLAND, TX  78639 |

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701

                                                                    Respectfully submitted,

                                                                    Deborah B. Langehennig

                                                                    Deborah B. Langehennig
                                                                    3801 S Capital Of Texas Hwy
                                                                    Suite 320
                                                                    Austin, TX  78704-6640
                                                                    (512) 912-0305
                                                                    Fax: (512) 916-9234